UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E. PETER ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 14-1218 JC <br><br> ORDER APPROVING STIPULATION RE FINAL JUDGMENT AND DISMISSING ACTION WITH PREJUDICE |

On February 18, 2014, plaintiffs C.E. Peter Allen and Timothy James Parker (collectively "plaintiffs") filed a Complaint against Steadfast Insurance Company ("Steadfast") for declaratory relief (claims 1-3), breach of contract (claim 4), and breach of the insurer's duty of good faith and fair dealing (claim 5), essentially stemming from Steadfast's refusal to defend plaintiffs in a lawsuit filed against them in state court. The parties consented to proceed before the undersigned United States Magistrate Judge.

On July 22, 2014, the parties filed cross-motions for partial summary judgment, respectively ("Plaintiffs' Motion") and ("Steadfast's Motion") (collectively "Motions"), on the duty to defend. The parties thereafter submitted further briefing. On August 19, 2014, the Court held a hearing on the Motions.

1  On August 22, 2014, after thoroughly considering the arguments of counsel, the record and the applicable law, the Court issued a lengthy Order granting Steadfast's Motion and denying Plaintiffs' Motion ("August Order"). As Steadfast's Motion sought partial summary judgment as to claims 1-4, the August Order did not address claim 5.

On September 15, 2014, the parties submitted a Stipulation Re Final Judgment ("Stipulation") by which they agreed: (1) the August Order disposed of all remaining causes of actions plaintiffs pleaded against Steadfast in this action; (2) this action should be dismissed with prejudice, in its entirety, with Judgment being entered in favor of Steadfast; and (3) neither plaintiffs nor Steadfast would seek costs.

In light of the foregoing, IT IS HEREBY ORDERED: (1) the Stipulation is approved; (2) this action is dismissed with prejudice in its entirety and the Clerk shall enter judgment in favor of Steadfast accordingly; and (3) neither plaintiffs nor Steadfast may seek costs.

IT IS SO ORDERED this 16th day of September, 2014.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE