UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E. PETER ALLEN, et al., | Case No. CV 14-1218 JC |
| Plaintiffs, | JUDGMENT |
| v. | |
| STEADFAST INSURANCE COMPANY, | |
| Defendant. | |

In accordance with the Order Approving Stipulation Re Final Judgment and Dismissing Action with Prejudice issued this date, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice in its entirety and judgment is entered in favor of defendant Steadfast Insurance Company.

IT IS SO ADJUDGED this 16th day of September, 2014.

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE